UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division
**Case Number: 17-14084-CIV-MARTINEZ-MAYNARD**

ROBERT E. BRANNIGAN, JR.,
    Plaintiff,

vs.

ECHOLS PLUMBING & AIR
CONDITIONING, LLC,
    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion for Settlement Approval and Dismissal with Prejudice (the "Joint Motion") [ECF No. 20]. The parties have filed a copy of the settlement agreement (the "Settlement Agreement") [ECF No. 20-1] for the Court to review. After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA dispute. Accordingly, it is hereby:

**ORDERED and ADJUDGED** that

1. The parties' Joint Motion [ECF No. 20] is **GRANTED**.
2. The parties' Settlement Agreement is **APPROVED**.
3. This action is **DISMISSED with prejudice**.
4. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement for 60 days.
5. This case is **CLOSED,** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of October, 2017.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record